Certificate Number: 17082-PAE-DE-040274699

Bankruptcy Case Number: 25-14297



17082-PAE-DE-040274699

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2025, at 2:20 o'clock PM MST, JENNIFER A PATERSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 4, 2025             By:   /s/Orsolya K Lazar

                                     Name: Orsolya K Lazar

                                     Title: Executive Director