United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                  Case No. 25-14297-pmm

Jennifer A. Paterson                          Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                       User: admin                                     Page 1 of 2

Date Rcvd: Nov 25, 2025                Form ID: 139                            Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer A. Paterson, 1521 Highland Ct, Bethlehem, PA 18015-5625 |
| 15064102 | + | Jersey Central Power & Light, 341 White Pond Dr, Akron, OH 44320-1119 |
| 15069297 | + | MIDFIRST BANK, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15064108 | + | Scott & Associates, 41 Byberry Road - Ste 9, Hatboro, PA 19040-3210 |
| 15064110 | + | William John Paterson, 313 New Road, Montague, NJ 07827-3507 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 26 2025 00:42:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 26 2025 00:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15064099 | + | EDI: CAPITALONE.COM | Nov 26 2025 05:33:00 | Capital One/Quicksilver, Po BOX 31293, Salt Lake City, UT 84131-0293 |
| 15064100 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2025 01:03:42 | Credit One Bank NA, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 15064101 | + | EDI: DISCOVER | Nov 26 2025 05:33:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15064103 | + | EDI: JPMORGANCHASE | Nov 26 2025 05:33:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15064104 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2025 01:02:40 | LVNV Funding LLC, c/o Resurgent Capital Services LP, PO Box 1269, Greenville, SC 29602-1269 |
| 15069023 | ^ | MEBN | Nov 26 2025 00:32:07 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15064105 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 00:42:00 | Midland Credit Management Inc, 350 Camino De La Reina Suite 100, San Diego CA 92108-3007 |
| 15064107 | | EDI: AISMIDFIRST | Nov 26 2025 05:33:00 | Midland Mortgage/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 15064108 | ^ | MEBN | Nov 26 2025 00:32:19 | Scott & Associates, 41 Byberry Road - Ste 9, Hatboro, PA 19040-3210 |
| 15064109 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 26 2025 00:42:00 | Westlake Financial Services, 4751 Wilshire Blvd, Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 12

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Nov 25, 2025 | Form ID: 139 | Total Noticed: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Jennifer A. Paterson ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Jennifer A. Paterson
1521 Highland Ct
Bethlehem, PA 18015

Debtor(s)                                                                                         Case No: 25−14297−pmm

                                                                                                  Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−8449

___

## *NOTICE OF NEED TO FILE PROOF OF CLAIM*
## *DUE TO RECOVERY OF ASSETS*

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 2/27/26

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

For The Court

Mohung Wong
Clerk of Court

**Date:** November 25, 2025

11
Form 139