IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **JENNIFER A. PATERSON** | **BANKRUPTCY NO. 25-14297 (PMM)** |
| **Debtor** | |

## ORDER

**AND NOW**, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee (the "Trustee"), to Employ Klineburger Law ("Klineburger") as Special Counsel Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application"), and good cause having been shown; it is hereby

**ORDERED,** that the Application is **APPROVED**; it is further

**ORDERED,** that Klineburger is employed as special counsel; and it is further

**ORDERED,** that all of Klineburger's fees and expenses, including requests for reimbursement for experts retained by Klineburger, are subject to review under 11 U.S.C. § 330 and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of the Court.

BY THE COURT:

Dated: 1/8/26

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE