*Form 237* (3/23)–doc 25

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Jennifer A. Paterson | ) | Case No. 25–14297–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | |

## <u>NOTICE</u>

To Discover Card;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #4 in the amount of $3437.00 has been filed in your name by the Trustee on 3/10/26.

Date: March 11, 2026

For The Court

Mohung Wong
Clerk of Court