*Form 237* (3/23)–doc 26

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               )
    Jennifer A. Paterson               )        Case No. 25–14297–pmm
                               )
                               )
    Debtor(s).                      )        Chapter: 7
                               )
                               )

## NOTICE

To JPMCB Card Services;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #5 in the amount of $6,481.00 has been filed in your name by the Trustee on 3/10/26.

Date: March 11, 2026                                      For The Court

                                                       Mohung Wong
                                                       Clerk of Court