*Form 237* (3/23)–doc 27

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         )
    Jennifer A. Paterson                  )          Case No. 25–14297–pmm
                                         )
                                         )
    Debtor(s).                           )          Chapter: 7
                                         )
                                         )

## NOTICE

To Westlake Financial Services;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #6 in the amount of $8774.00 has been filed in your name by the Trustee on 3/10/26.

Date: March 11, 2026                                    For The Court

                                                     Mohung Wong
                                                     Clerk of Court