United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-14297-pmm

Jennifer A. Paterson                                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2026 | Form ID: 237 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer A. Paterson, 1521 Highland Ct, Bethlehem, PA 18015-5625 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15064103 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 12 2026 02:05:29 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Jennifer A. Paterson ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |

District/off: 0313-4

User: admin

Page 2 of 2

Date Rcvd: Mar 11, 2026

Form ID: 237

Total Noticed: 2

ROBERT W. SEITZER

rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 237* (3/23)–doc 26

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Jennifer A. Paterson | ) | Case No. 25–14297–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | |

## NOTICE

To JPMCB Card Services;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #5 in the amount of $6,481.00 has been filed in your name by the Trustee on 3/10/26.

Date: March 11, 2026                                    For The Court

                                                       Mohung Wong
                                                       Clerk of Court